IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael J. Jacobs, | NO. C 05-04955 JW |
|       Plaintiff, | **ORDER RE: NOTICE OF SETTLEMENT** |
|   v. | |
| Equifax Information Services LLC, | |
|       Defendant. | |

On June 29, 2006, Defendant Equifax Information Services LLC filed a Notice of Settlement ("Notice") in the above-entitled action. (Docket Item No. 14.) According to the Notice, the parties expect to reach a settlement within thirty (30) days. In light of this, the Court vacates the case management conference scheduled for July 10, 2006. The parties shall file a stipulated dismissal by **August 4, 2006**. If the parties fail to file a stipulation by that date, they shall appear for a case management conference to discuss the status of the matter on **September 11, 2006 at 10:00 a.m.**

Dated: July 5, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Paul McKinnon dmckinnon@eakdl.com
William E. Kennedy wkennedy@pacbell.net

**Dated: July 5, 2006**                                        **Richard W. Wieking, Clerk**

                                                               **By:  /s/ JW Chambers                    **
                                                                      **Melissa Peralta**
                                                                      **Courtroom Deputy**