IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Michael J. Jacobs, | NO. C 05-04955 JW |
|       Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | **RE: SETTLEMENT** |
| Equifax Information Services LLC, | |
|       Defendant. | |

On July 13, 2006, the parties filed a Certification of Mediation indicating the above-entitled matter had fully settled. In light of the settlement, the Court vacates all trial and pretrial dates, including the case management conference scheduled on September 11, 2006. On or before **October 23, 2006**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **October 30, 2006 at 9:00 a.m.** to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before October 23, 2006, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: August 24, 2006

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Paul McKinnon dmckinnon@eakdl.com
William E. Kennedy wkennedy@pacbell.net

**Dated: August 24, 2006**                                              **Richard W. Wieking, Clerk**

                                                          **By:__/s/ JW Chambers_____**
                                                             **Courtroom Deputy**