DANIEL PAUL McKINNON, ESQ.
ERICKSEN, ARBUTHNOT, KILDUFF, DAY & LINDSTROM, INC.
152 North Third Street, Suite 700
San Jose, CA 95112
Telephone: (408) 286-0880
Facsimile: (408) 286-0337

Attorneys for Defendant EQUIFAX CREDIT INFORMATION SERVICES LLC

*APPROVED*
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL J. JACOBS,          )
                            )
        Plaintiff,          )   Case No. C 05 04955 JW
                            )
    vs.                     )   **STIPULATION OF DISMISSAL**
                            )   **WITH PREJUDICE**
EQUIFAX INFORMATION         )
SERVICES LLC,               )
                            )
        Defendant.          )
_____)

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and his attorneys and Defendant Equifax Information Services LLC ("Equifax"), and their attorneys that the above-captioned action against said Defendants, shall be and is hereby dismissed with prejudice.

//

//

//

//

//

---
STIPULATION OF DISMISSAL

9383923.1

ERICKSEN, ARBUTHNOT, KILDUFF,
DAY & LINDSTROM, INC.

Dated: 8-9-06

By:
Daniel P. McKinnon, Esq.
Attorneys for Defendant EQUIFAX CREDIT
INFORMATION SERVICES LLC

Law Office of William E. Kennedy

Dated: 9/11/06

By:
William E. Kennedy, Esq.
Marco Quintana, Esq.
Attorneys for Plaintiff MICHAEL J. JACOBS

---

STIPULATION OF DISMISSAL

9083923.1